IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | CASE NO. 1:13CR260 |
| ) | |
| Plaintiff   ) | |
| ) | |
| v.   ) | JUDGE DONALD C. NUGENT |
| ) | |
| GERALD F. SCOTT,   ) | |
| ) | |
| Defendant   ) | MEMORANDUM OPINION |
| ) | AND ORDER |

This matter is before the Court on Defendant, Gerald F. Scott's Motion for Reconsideration (ECF #118). Defendant asks the Court to reconsider its denial of Defendant's Motion for Enlargement of Time to file a petition under 28 U.S.C. § 2255 (ECF # 116). On December 7, 2015, Defendant requested an extension of time to file his § 2255 petition based on the fact he had two other pending pleadings before the court (ECF #113, 114), which Defendant claimed would affect his potential § 2255 petition. In these two pleadings, Defendant requested production of documents from the government but Defendant has failed to address what facts any records might provide or why they are essential to filing his § 2255 petition.

Defendant has failed to file a § 2255 petition and has offered no legal or factual basis to excuse a delay in filing. Defendant has offered no new or better reason for the Court to reconsider its previous order.

For these reasons, the Defendant's Motion for Reconsideration is DENIED.

IT IS SO ORDERED.

*[signature]*
Donald C. Nugent
United States District Judge

Date: June 7, 2016